IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT
SEP 17 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:18-CR-333 |
| | ) | |
| CARLA DONNA MCPHUN, | ) | |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 10, 2017, in the Eastern District of Virginia and elsewhere, CARLA DONNA MCPHUN, the defendant herein, devised a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses and representations from M.W., in order to provide money to Keisha Williams. Having devised the scheme, CARLA DONNA MCPHUN knowingly caused to be transmitted by means of wire communications in interstate commerce writings, signs, and signals for the purpose of executing the scheme and artifice to defraud; that is, the defendant caused Christian D'Andrade in California to exchange text messages with Keisha Williams in the Eastern District of Virginia for the purpose of obtaining for the defendant and M.W. the account information for Keisha Williams' Bank of America account for M.W. to use when wiring money from her bank in Maryland to Keisha Williams' account.

(In violation of Title 18, United States Code, Section 1343.)

G. Zachary Terwilliger
United States Attorney

By: _____
Grace L. Hill

Jack Hanly
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Email: jack.hanly@usdoj.gov